UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN ALEC WEITH,<br><br>        Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01776-DAD-BAM<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

      Plaintiff, a state parolee proceeding *pro se*, filed the instant civil action on December 16, 2021. (Doc. 1.) The Court granted Plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on January 3, 2022. (*See* Docs. 2, 3.) Upon further review, it appears that the Court prematurely granted the application to proceed *in forma pauperis* in light of the appropriate venue for this action.

      The federal venue statute requires that a civil action be brought only in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

      It is difficult to discern from Plaintiff's allegations the precise claims Plaintiff is seeking to raise, which defendants he intends to assert those claims against, or whether Plaintiff's claims have any merit. *See* Fed. R. Civ. P. 8(a)(2) ("A pleading that states a claim for relief must contain

. . . a short and plain statement of the claim showing that the pleader is entitled to relief [.]" ). However, it appears that none of the defendants reside in the Fresno Division of the Eastern District of California, and critically, that a substantial part of the events or omissions at issue arose in San Francisco California, which is in the Northern District of California, and that at least one of the named defendants is located in San Francisco, California.   Therefore, based upon the limited information that can be discerned from the complaint, Plaintiff's claim should have been filed in the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See 28* U.S.C. § 1406(a)

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court's order granting Plaintiff's application to proceed *in forma pauperis* (Doc. 3) is vacated;
2. This matter is transferred to the United States District Court for the Northern District of California; and
3. The Court does not rule on any pending motions.

IT IS SO ORDERED.

Dated:   **March 23, 2022**            /s/ *Barbara A. McAuliffe* _
                                         UNITED STATES MAGISTRATE JUDGE